# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAMMI L. FAULKNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-05-1482-F |
| | ) |
| JO ANNE B. BARNHART, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

On August 22, 2006, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation, wherein he recommended that the final decision of defendant Jo Anne B. Barnhart, Commissioner of the Social Security Administration, denying plaintiff's applications for insurance benefits and supplemental security income, be affirmed. Magistrate Judge Bacharach specifically advised that any party may file written objections to the Report and Recommendation by September 13, 2006 and that failure to file timely objections would result in waiver of the right to appeal the suggested ruling. To date, no objection to the Report and Recommendation has been filed and no request for an extension of time to file an objection has been filed. With no objection having been filed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Robert E. Bacharach on August 22, 2006 (doc. no. 18) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. The final decision of defendant, Jo

Anne B. Barnhart, denying plaintiff, Tammi Faulkner's applications for insurance benefits and supplemental security income, is **AFFIRMED**.  Judgment shall issue forthwith.

DATED September 15, 2006.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-1482p002.wpd